JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUVIGES VILCHISGONZALEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No: 2:25-cv-04392-AB-PD<br><br>*Judge: Hon. André Birotte Jr.*<br><br>*Magistrate Judge: Hon. Patricia Donahue*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 15, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE